IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 24-cv-00762-REB

SAMANTHA MOODY,
AMERICAN IMMIGRANT INVESTOR ALLIANCE, and
IT SERVICE ALLIANCE,

    Plaintiffs,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary, United States Department of Homeland Security; and
UR M. JADDOU, in her official capacity as Director, United States Citizenship and Immigration Services,

    Defendants.

## ORDER DIRECTING REASSIGNMENT

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Notice of Motion and Motion for Temporary Restraining Order, Memorandum of Points and Authorities in Support Thereof, And Request for Stay** [#9][1] filed March 25, 2024. This case is an administrative appeal. Under the local rules of the court, an AP judge manages an administrative appeal through briefing. **D.C.COLO.LCivR** 40.1(d); **D.C.COLO.LAPR** 10.3. Typically, once briefing is complete, the administrative appeal is returned to the clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R 40.1. The judge so drawn resolves the case on its merits.

I find the issues raised in the motion to be sufficiently intertwined with the merits

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

of the underlying controversy to suggest that the AP judge should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently. Thus, I order that this case be randomly drawn to a merits judge. The parties are reminded that this case continues to be regulated by the Local Rules of Practice of the United States District Court for the District of Colorado - AP Rules.

**THEREFORE, IT IS ORDERED** that the clerk shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated March 27, 2024, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge