UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SAMANTHA MOODY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00762-CNS<br><br>Judge Charlotte N. Sweeney |

**JOINT CASE MANAGEMENT PLAN FOR
PETITIONS FOR REVIEW OF AGENCY ACTION**

1. **APPEARANCES OF COUNSEL**

**For Plaintiffs:**

Jonathan D. Wasden (MSB 100563)
Wasden Law
9427 Goldfield Lane
Burke, VA 22015
Phone: (843) 872-4978
Email: jon@wasden.law

Jesse M. Bless (MA 660713)
Bless Litigation LLC
6 Vineyard Lane
Georgetown MA 01833
Phone: (781) 704-3897
Email: jesse@blesslitigation.com

Matthew T. Galati (PA 312013)
The Galati Law Firm, LLC
8080 Old York Road, Suite 225
Elkins Park, PA 19027
Phone: (215) 310-0231
Email: matt@galati.law

**For Defendants:**

Cynthia Liao (CA Bar No. 301818)
Madeline McMahon (DC Bar No. 1720813)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 531-1325 (Liao)
Tel: (202) 451-7722 (McMahon)
Fax: (202) 616-8470
cynthia.f.liao@usdoj.gov
madeline.m.mcmahon@usdoj.gov

1

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

**Plaintiffs' statement:** This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and a Plaintiffs have Article III and prudential standing to pursue the meritorious claims against Defendants.

**Defendants' statement:** The Court lacks jurisdiction over one or more of the claims in this action because one or more Plaintiffs has not established Article III standing.

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date Complaint Filed:** March 19, 2024. ECF No. 1.

B. **Date Complaint Was Served on U.S. Attorney's Office:** March 25, 2024.

C. **Date Answer or Other Response Was Filed:** May 24, 2024. ECF No. 19.

## 4. STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

On January 31, 2024, the U.S. Department of Homeland Security (DHS) promulgated a comprehensive rule adjusting filing fees for almost all U.S. Citizenship and Immigration Services (USCIS) forms, which are used to request various immigration and naturalization benefits. Plaintiffs allege that the rule violates the Administrative Procedure Act. Plaintiffs moved for a temporary restraining order on March 25, 2024. ECF No. 9. The Court denied the motion on March 29, 2024. ECF No. 17. The rule went into effect on April 1, 2024.

## 5. OTHER MATTERS

N/A

## 6. PROPOSED BRIEFING SCHEDULE

A. **Deadline for Filing Administrative Record:** June 24, 2024

B. **Deadline for Parties to Confer on Record Disputes:** August 14, 2024

C. **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:** September 11, 2024. If a motion to complete and/or supplement the administrative record is filed, the parties shall, within 7 days of the filing of the motion, propose a modified schedule to allow for resolution of the motion prior to merits briefing.

- D. **Plaintiffs' Opening Brief Due:** October 9, 2024. Plaintiffs' opening brief shall be no more than 30 pages.

- E. **Defendants' Response Brief Due:** November 8, 2024. Defendants' response brief shall be no more than 45 pages.

- F. **Plaintiffs' Reply Brief (If Any) Due:** November 22, 2024. Plaintiffs' reply brief shall be no more than 15 pages.

7. **STATEMENTS REGARDING ORAL ARGUMENT**

    - A. **Plaintiffs' Statement:** Plaintiffs take no position and defer to the Court as to whether oral argument is necessary.

    - B. **Defendants' Statement:** Defendants take no position and defer to the Court as to whether oral argument is necessary

8. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    - A. ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    - B. ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

9. **OTHER MATTERS**

N/A

10. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Except as otherwise stated above, the parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 24th day of May 2024.

BY THE COURT

_____
Charlotte N. Sweeney
United States District Judge

APPROVED:

/s/ Jonathan D. Wasden
Jonathan D. Wasden (MSB 100563)
Wasden Law
9427 Goldfield Lane
Burke, VA 22015
Phone: (843) 872-4978
Email: jon@wasden.law

/s/ Jesse M. Bless
Jesse M. Bless (MA 660713)
Bless Litigation LLC
6 Vineyard Lane
Georgetown MA 01833
Phone: (781) 704-3897
Email: jesse@blesslitigation.com

/s/ Matthew T. Galati
Matthew T. Galati (PA 312013)
The Galati Law Firm, LLC
8080 Old York Road, Suite 225
Elkins Park, PA 19027
Phone: (215) 310-0231
Email: matt@galati.law

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Cynthia Liao
CYNTHIA LIAO (CA Bar No. 301818)
MADELINE MCMAHON (DC Bar No. 1720813)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 531-1325 (Liao)
Tel: (202) 451-7722 (McMahon)
Fax: (202) 616-8470
cynthia.f.liao@usdoj.gov
madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*