# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| SAMANTHA MOODY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary, United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00762-CNS <br><br> Judge Charlotte N. Sweeney |

## NOTICE OF SERVICE OF MOTION TO WITHDRAW APPEARANCE

In response to the Court's February 28, 2025 Minute Order, I hereby certify that I have served the client with the Motion to Withdraw Appearance filed on February 28, 2025. *See* Local Rule D.C.COLO.LAttyR 5(b).

Dated: March 3, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON (DC Bar No. 1720813)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 451-7722
Fax: (202) 616-8470
madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*

1