IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:24-cv-00762-CNS

SAMANTHA MOODY, *et al.,*

    Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary*, United States Department of Homeland Security; *et al.,*

    Defendants.

---

**PLAINTIFFS' NOTICE OF NEW REGULATORY AUTHORITY**

---

In its opposition brief, ECF 26, the agency argued that the United States Citizenship and Immigration Service ("USCIS") was not unlawfully diverting funds from the Immigration Examination Fee Account ("IEFA") to support the "bucket of 'investigations' work in 6 U.S.C. § 251" because USCIS did not have a role, or contribute fees, to law enforcement activities. *Id.* at 40.

On October 6, 2005, USCIS amended 8 C.F.R § 287 via a Final Rule, *Codification of Certain U.S. Citizenship and Immigration Services Law Enforcement Authorities,* 90 Fed. Reg. 42797 (Sept. 5, 2025). Exhibit 1 - FDNS Rule 2025-16978. The purpose and language of the new rules explicitly contradict the agency's statements made in this Court regarding the "bucket of investigations work" USCIS would fund using the IEFA. ECF 26, at pg. 40. For instance, USCIS now asserts that the

1

rule "amends the following regulations to codify USCIS law enforcement authorities commensurate with those authorities previously only delegated to ICE and CBP regarding the enforcement of immigration laws." 90 Fed. Reg. 42797, 42800. Thus, the new rule to codify authority USCIS claims already existed undermines the litigation position of USCIS here that there is a distinction between the authorities of Immigration and Customs Enforcement ("ICE") and USCIS Fraud Detection and National Security ("FDNS") officers in direct violation of the Homeland Security Act.

Dated: October 22, 2025,    Respectfully submitted,

/s/ Jonathan D. Wasden
Jonathan D. Wasden
Wasden Law
2593 W Torana Dr
Meridian, ID 83646
Phone: (843) 872-4978
Email: jon@wasden.law

/s/ Jesse M. Bless
Jesse M. Bless
Bless Litigation LLC
6 Vineyard Lane
Georgetown, MA 01833
Phone: (781) 704-3897
Email: jesse@blesslitigation.com

/s/ Matthew T. Galati
Matthew T. Galati
The Galati Law Firm, LLC
8080 Old York Road, Suite 204
Elkins Park, PA 19027
Phone: (215) 310-0231
Email: matt@galati.law

*Attorneys for the Plaintiffs*